08-5522-cv
Oparaji v. Atlantic Container Line

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of February, two thousand ten.

PRESENT:
         PIERRE N. LEVAL,
         RICHARD C. WESLEY,
                  *Circuit Judges*,
         JOHN GLEESON,[*]
                  *District Judge*.

_____

Maurice Oparaji,

         *Plaintiff-Appellant*,

         v.                                        08-5522-cv

Atlantic Container Line,

         *Defendant-Cross-Claimant-Appellee*,

Penbroke Marine Services, Inc.,

         *Defendant-Cross-Defendant-Appellee.*

_____

[*]The Honorable John Gleeson, of the United States District Court for the Eastern District of New York, sitting by designation.

APPEARING FOR APPELLANT:        MAURICE OPARAJI, *pro se*,
                                Rosedale, NY.

APPEARING FOR APPELLEES:        PAUL M. KEANE (Joseph DeMay,
                                Jr., *of counsel*)
                                Cichanowicz, Callan, Keane,
                                Vengrow & Textor, L.L.P.,
                                New York, NY (for Atlantic
                                Container Line);

                                GARTH S. WOLFSON, Mahoney &
                                Keane, L.L.P., New York, NY
                                (for Penbroke Marine
                                Services).

Appeal from a judgment and order of the United States District Court for the Southern District of New York (Lynch, *J.*).

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment and order of the district court are **AFFIRMED.**

Appellant Maurice Oparaji, *pro se*, appeals the grant of the Appellees' motions for summary judgment by the United States District Court for the Southern District of New York (Lynch, *J.*), dismissing his complaint alleging breach of contract, defamation, and other state law claims, as well as the district court's denial of his motions for reconsideration and vacatur under Federal Rule of Civil Procedure 60(b). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

As a preliminary matter, because Oparaji fails to challenge on appeal the district court's dismissal of his claims apart from breach of contract, we deem those claims abandoned. *See LoSacco v. City of Middletown*, 71 F.3d 88, 92-93 (2d Cir. 1995). Although we have jurisdiction to review the district court's order denying his two motions, Oparaji has not raised any substantive arguments on appeal with respect to those motions; we need not address the district court's order. *See id.*

We review the grant of summary judgment *de novo* and inquire whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). In determining whether there are genuine issues of material fact, we are "required to resolve all ambiguities and draw all permissible inferences in favor of the party against whom summary judgment is sought." *Terry v. Ashcroft*, 336 F.3d 128, 137 (2d Cir. 2003)(internal quotation marks omitted).

Even construing, as we must, all the facts in Oparaji's favor, the district court properly granted the Appellees'

motions for summary judgment.  We affirm the district court's judgment for substantially the same reasons as those set forth in the court's thorough and well-reasoned opinion. We have considered Oparaji's remaining claims and find them to be without merit.

For the foregoing reasons, the judgment and order of the district court are hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk